```
UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF FLORIDA

                                CASE NO. 96-3387-CIV-GRAHAM
                                MAGISTRATE JUDGE P.A. WHITE
```

ALEXANDER WALLACE,              :

    Petitioner,             :
                                           REPORT RECOMMENDING DENIAL OF
v.                              :   CERTIFICATE OF APPEALABILITY
                                              STATE HABEAS CORPUS
JAMES R. MCDONOUGH,             :

    Respondent.             :
_____

    This Cause is before the Court upon the petitioner's application for certificate of appealability pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996 (DE#129 and 130). This motion has been referred to the undersigned for consideration and report on March 28, 2008 (DE#135) Also referred is the petitioner's motion to proceed in forma pauperis. (DE#131)

    A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

    To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise.  See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2) and (3). Review of the file in this case reveals that no such showing has been made. The petitioner filed a Rule 60(b) motion for relief which was opened as a motion to vacate case, pursuant to 28 U.S.C. §2255, and dismised as successive.

It is therefore recommended that the Court deny the motion for certificate of appealability (DE#129 and 130).

The movant filed a motion to proceed in forma pauperis on appeal. It is recommended that the certificate of appealability be denied. It is therefore also recommended pursuant to Fed.R.App.P. 24(a) that this motion to proceed in forma pauerpis on appeal be denied because the appeal is not taken in good faith, there having been no substantial showing of the denial of a constitutional right. (DE#131)

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 3rd day of April 2008.

_____
UNITED STATES MAGISTRATE JUDGE

2

cc:     Alexander Wallace, <u>Pro Se</u>
        DC#60640
        Okechobee Correctional
        Address of Record

        Joseph Tringali, AAG
        Ft Lauderdale, FL
        Address of record

        Appeals Section
        United States District Court