UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 96-03387-CIV-GRAHAM/WHITE

ALEXANDER WALLACE,

    Petitioner,

v.

JAMES McDONOUGH,

    Respondent.
_____/

### ORDER

**THIS CAUSE** came before the Court on Petitioner's Application for Certificate of Appealability [D.E. 129, 130] and Motion to Proceed *In Forma Pauperis* on Appeal [D.E. 131].

**THIS MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to this Court's Order [D.E. 135]. A Report by Magistrate Judge White has been submitted recommending that Petitioner's Application for Certificate of Appealability and Motion to Proceed *In Forma Pauperis* on Appeal be denied [D.E. 136]. Petitioner has filed Objections to the Magistrate's Report [D.E. 137].

In addition, Petitioner has filed a Motion for Leave to re-file his Certificate of Appealability [D.E. 133] as the original Certificate of Appealability [D.E. 130] was filed with several pages missing.

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. The Court finds that the

Petitioner's Objections are without merit for the reasons set forth in the Magistrate Judge's Report and this Court's underlying Order [D.E. 128] for which the Movant seeks a Certificate of Appealability.

In addition, the Court has reviewed the additional pages filed with the Movant's Motion for Leave to Re-file Certificate of Appealability [D.E. 133] and finds that the Movant again raises the same issues previously addressed by this Court and determined to be without merit. See [D.E. 128]. Thus, the Court finds that the Movant is not entitled to a Certificate of Appealability. Accordingly, it is

**ORDERED AND ADJUDGED** that Petitioner's Motion for Leave to Re-File Certificate of Appealability [D.E. 133] is **GRANTED.** It is further

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 136] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's Application for Certificate of Appealability [D.E. 129, 130] and Motion to Proceed In Forma Pauperis on Appeal [D.E. 131] are **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of June, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge White
     Alexander Wallace, Pro Se
     All Counsel of Record